**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Peilong Sun,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-07440-PHX-LLP

**ORDER**

Petitioner Peilong Sun filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 5.) In the Response, Respondent states: "Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a) and *Rodriguez Vazquez v. Bostock*, No. 25- 6842, 2026 WL 2196424 (9th Cir. July 30, 2026), but Respondents have not yet provided a bond redetermination hearing, and therefore Respondents do not oppose Petitioner's request for release." (Doc. 10.) The Court accepts this concession as non-opposition to granting the Petition.

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** as described herein.

(2) Respondent must **immediately release** Petitioner from custody.

(3) Respondent must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of October, 2026.

Honorable Lori L. Price
United States Magistrate Judge