**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Peilong Sun,

Petitioner,

v.

Eric Rokosky,

Respondent.

**NO. CV-26-07440-PHX-LLP**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed October 21, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to the request for release from custody. Judgment is entered in Petitioner's favor and this case is terminated.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 21, 2026

By s/ Rebecca Kobza
Deputy Clerk